UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAUGHTON PEMBERTON,   Civil No. 05-770 (JNE/JGL)

    Petitioner,

v.   **ORDER**

W.I. LeBLANC, JR., Warden,

    Respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of the Chief United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Docket No. 1), is DENIED; and

2. This action is summarily DISMISSED WITH PREJUDICE.

Dated: May 17, 2005

                        s/ Joan N. Ericksen
                        JOAN N. ERICKSEN
                        Judge, U.S. District Court